1  **NICHOLAS DE PENTO**
   Attorney at Law
2  State Bar No. 47672
   550 West "C" Street
3  Suite 1160
   San Diego, California 92101
4  Telephone (619) 236-1151
   Fax (619) 236-1389
5  depentolaw@sbcglobal.net

6  Attorney for Defendant
   **RAUL ANTONIO LOPEZ**

FILED
OCT - 2 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF                    DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  RAUL ANTONIO LOPEZ,  Defendant, | Case No. 07-MJ-08802-PCL  **SUBSTITUTION OF ATTORNEY** |

I, Raul Antonio Lopez, Defendant, hereby substitute Nicholas De Pento Attorney, in place of my appointed Attorney Keith Rutman.

Dated: 10-2-07

_____
Raul Antonio Lopez

I, Nicholas De Pento, Attorney accept.

Dated: 10/2/07

_____
Nicholas De Pento
Sp. appearing for Nicholas DePento
-Melinda Sh___.

I, Keith Rutman Attorney agree.

Dated: 10/2/07

_____
Keith Rutman

IT IS SO ORDERED:

_____
PETER C. LEWIS
US MAGISTRATE JUDGE

SUBSTITUTION OF ATTORNEY                1